UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SSI TECHNOLOGY, INC.,

    Plaintiff/Counter-Defendant,

vs.

Case No. 13-12672

HON. GEORGE CARAM STEEH

COMPAERO, INC.,

    Defendant/Counter-Plaintiff.
_____/

ORDER GRANTING PLAINTIFF'S MOTION
FOR TEMPORARY RESTRAINING ORDER [DOC.4]

This matter has come before the court on plaintiff SSI Technology, Inc.'s emergency motion for a temporary restraining order. The court heard oral argument by the parties on August 6, 2013. Now, therefore, for the reasons stated on the record,

IT IS HEREBY ORDERED that plaintiff's motion for temporary restraining order is GRANTED as follows:

Within 5 days of the court's order from the bench, defendant shall provide plaintiff with a list of Parts in its possession, including the state of assembly of any harnesses, as well as the contract price for the Parts listed.

Defendant shall deliver the Parts in its possession to plaintiff within 10 days of the court's order from the bench. The delivery shall also include the return of materials provided by plaintiff to defendant, as acknowledged by the parties on the record.

Plaintiff shall pay defendant cash on delivery for the Parts delivered.

Before delivery takes place, plaintiff must furnish a bond for security in the

amount of $153,000, representing the amount defendant claims is due or about to become due for goods previously delivered but not yet paid. The bond is ordered pursuant to Fed. R. Civ. P. 65(c) and is set in an amount calculated to protect the defendant in the event the court later finds that the court-ordered delivery of Parts has caused defendant to lose contractual remedies otherwise available. The bond must be issued by an A-rated insurance company or bonding agent, or such other entity acceptable to defendant. A copy of the bond must be furnished to defendant and filed with the court.

     A status conference is set for September 12, 2013 at 10:00 a.m.

     A hearing on plaintiff's motion for preliminary injunction is set for October 3, 2013 at 10:00 a.m.

     It is so ordered.

Dated: August 8, 2013

                                          s/George Caram Steeh
                                          GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
August 8, 2013, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk