UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SSI TECHNOLOGY, INC.,

    Plaintiff,

vs.

COMPAERO, INC.,

    Defendant.
_____/

Case No. 13-12672

HON. GEORGE CARAM STEEH

ORDER DENYING DEFENDANT'S MOTION TO DISMISS [DOC. 6]

This matter has come before the court on defendant Compaero Inc.'s motion to dismiss. The parties appeared in chambers for a scheduling conference on October 22, 2013 and informed the court that they are sufficiently informed of the opposing parties' theory of the case. Now, therefore,

IT IS HEREBY ORDERED that defendant's motion to dismiss is DENIED. It is so ordered.

Dated: October 23, 2013

                                              s/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
October 23, 2013, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk