UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SSI TECHNOLOGY, INC.,

       Plaintiff/Counter-Defendant,

vs.

Case No. 13-12672

HON. GEORGE CARAM STEEH

COMPAERO, INC.,

       Defendant/Counter-Plaintiff.
_____/

ORDER REQUIRING PLAINTIFF TO PAY $2,375.00 IN ATTORNEY FEES

This matter originally came before the court on defendant/counter-plaintiff Compaero's motion to compel plaintiff SSI Technology to pay the balance owing on the court-ordered shipment of parts. The court granted Compaero's motion on December 18, 2013, additionally ordering SSI Technology to pay Compaero's attorney fees incurred in bringing the motion to compel. Compaero's counsel has now submitted a bill of costs substantiating said attorney fees [doc. # 44]. The court has reviewed the verified bill of costs and accompanying affidavits prepared by Compaero's counsel, and finds the bill of costs to be in order. Now, therefore,

IT IS HEREBY ORDERED that SSI Technology pay $2,375.00 in attorney fees to Compaero on or before May 2, 2013.

Dated: April 25, 2014

                                        s/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 25, 2014, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk